UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 1:21-CR-00236** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **DAMARCUS LIONELL WILLIAMS** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

**ORDER**

This matter was referred to United States Magistrate Judge Joseph H.L. Perez-Montes for report and recommendation. After an independent review of the record, and noting the Defendant's waiver of any objections, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION is correct and adopts the findings and conclusions therein as its own.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, in accordance with the terms of the Plea Agreement filed into the record of these proceedings, the guilty plea of the Defendant, DaMarcus Lionell Williams, is ACCEPTED, and he is fully adjudged guilty of the offense charged in Counts 2 and 3 of the Indictment, consistent with the REPORT AND RECOMMENDATION. [Doc. 38].

THUS, DONE AND SIGNED in Chambers on this 22nd day of February 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE